AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

F I L E D
Aug 27 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   3:23-sw- 149
One (1) iPhone 12 IMEI 352243618991483 cellular )
telephone, currently located at the HSI office, at 400 N. )
8th St. Suite 1132, Richmond, VA 23219 )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___September 21, 2023___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Hon. Mark R. Colombell___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued:   SEPT. 7, 2023 @ 10:28 am     /s/ MRC
                                                    Judge's signature

City and state:   Richmond, Virginia              Hon. Mark R. Colombell
                                                  Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:23-sw-149 | Date and time warrant executed: September 19, 2023 1300 | Copy of warrant and inventory left with: Cory John King |
|---|---|---|

Inventory made in the presence of:
Special Agent Christopher Garzon

Inventory of the property taken and name of any person(s) seized:

One iPhone 12 mobile phone

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: January 14, 2025

_____
*Executing officer's signature*

Wessam Faltas, Special Agent
_____
*Printed name and title*